UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VELTON LAMONT BOONE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KATHLEEN N. RATLIFF, Acting Warden,<br><br>　　　　　Respondent. | No. CV 24-5665-JLS (JPR)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections to the R. & R.  The Court accepts the findings and recommendations of the Magistrate Judge.

　　　ACCORDINGLY, IT IS ORDERED THAT:

　　　1.　Petitioner's request to dismiss grounds three and four from the Petition is granted.

　　　2.　Respondent's motion to dismiss ground two is granted.

　　　3.　Respondent is ordered to answer ground one of the Petition within 45 days of the date of this Order.

    4.    The clerk serve this Order on all counsel or parties of record.

DATED: March 7, 2025

                                    JOSEPHINE L. STATON
                                    U.S. DISTRICT JUDGE