JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VELTON LAMONT BOONE, | Case No. CV 24-5665-JLS (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| DAO VANG, Acting Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 13, 2025

JOSEPHINE L. STATON
U.S. DISTRICT JUDGE